# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD Q. LE, an individual, | Case No.: 2:19-cv-02283-SVW-E |
| Plaintiff, | **ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| PPF OFF 74 NORTH PASADENA AVENUE AND 75 NORTH FAIR OAKS AVENUE, LP, a Delaware limited partnership | [Hon. Stephen V. Wilson presiding] |
| Defendants. | |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated: September 24, 2019

_____
Judge, United States District Court,
Central District of California